# EXHIBIT A

# *The Fire*

